UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JAMES SWINT,

                Plaintiff,

-against-

ROGERT JASON STONE; DONALD JOHN TRUMP; NEW YORK TIMES; LA TIMES; UPI NEWS,

                Defendants.

21-CV-5828 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated July 15, 2021, the Court directed Plaintiff, within thirty days, to either pay the $402.00 in fees that are required to file a civil action in this court or submit a completed request to proceed *in forma pauperis* ("IFP application"). On July 29, 2021, the order was returned to the Court with a notation on the envelope indicating that the mail was undeliverable to that address. Plaintiff has not complied with the Court's order, has failed to notify the Court of a change of mailing address, and has not initiated any further contact with the Court, written or otherwise. Accordingly, Plaintiff's complaint, filed IFP, pursuant to 28 U.S.C. § 1915(a)(1), is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

2

*Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 2, 2021
        New York, New York

                                            /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                           Chief United States District Judge