UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT JAMES SWINT,<br><br>                     Plaintiff,<br><br>       -against-<br><br>ROGERT JASON STONE; DONALD JOHN TRUMP; NEW YORK TIMES; LA TIMES; UPI NEWS,<br><br>                     Defendants. | 21-CV-5828 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 2, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 2, 2021
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge